**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dario Fidel Armijo, | ) | No. CV 05-1055 PHX NVW (MEA) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Alberto R. Gonzales, et al., | ) | |
| Respondents. | ) | |

Before the court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241(doc. #1) and Respondents' Response in Opposition to Petition for Writ of Habeas Corpus (doc. #7). No reply was filed. On October 4, 2005, United States Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R & R") (doc. #8) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommends that the petition be denied and dismissed without prejudice as moot. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the Petition for Writ of Habeas Corpus. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Mark E. Aspey (doc. #8).

1      IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus

2   pursuant to 28 U.S.C. § 2241 (doc. #1) is denied and dismissed with prejudice as moot.

3      IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment

4   accordingly and terminate this action.

5      DATED this 1st day of November, 2005.

6

7

8   _____
                        Neil V. Wake
9                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28